UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JUDY A. ELLIOTT | ) | |
| | ) | |
| v. | ) | NO. 2:07-CV-152 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to this report by either party.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 14], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the motion for judgment on the pleadings filed by the plaintiff is **GRANTED** insofar as it seeks a remand, [Doc. 11], the motion for summary judgment filed by the defendant is **DENIED,** [Doc. 12], and this case is **REMANDED** to the defendant Commissioner for further proceedings, consistent with the Report and Recommendation of the Magistrate Judge.

So Ordered.

ENTER:

                                                              s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE