UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JUDY A. ELLIOT | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.2:07-CV-152 |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation [R&R] of

the United States Magistrate Judge.  No objections have been filed to this R&R.

After careful consideration of the Report and Recommendation of the United States

Magistrate Judge, [Doc. 22], it is hereby **ORDERED** that the Report and Recommendation is

**ADOPTED** and **APPROVED**, and that the plaintiff's motion for an attorney fee under the Equal

Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d)(1)(A) is **GRANTED**. [Doc. 16]. Accordingly,

the sum of $2,050.00 in EAJA fees plus expenses in the amount of $16.14 is awarded to plaintiff's

counsel, Harry J. Smith, Esquire.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT