UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JUDY A. ELLIOTT (TOWNSEND) | ) | |
| | ) | |
| v. | ) | NO.2:07-CV-152 |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security | ) | |

## **O R D E R**

After consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 29], concerning plaintiff's application for attorney's fees, [Doc. 27], under Title 42 United States Code section 406(b), it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED** and that the plaintiff's motion is **GRANTED**, [Doc. 27]. Accordingly, plaintiff's counsel, Harry J. Smith, Esq., is awarded a fee in the amount of $4,159.50.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE